

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00082-CV

_____

THE STATE OF TEXAS FOR THE PROTECTION
OF CALLAWAY LOGAN SMITH, Appellant

V.

MATTHEW SMITH, Appellee

On Appeal from the 57th District Court
Bexar County, Texas
Trial Court No. 2022-CI-13088

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:     April 16, 2024
Date Decided:       April 17, 2024

---

[1]Originally appealed to the Fourth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).